UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRISMARTIN PUBLISHING, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-1095 |
| | ) Hon. Joel H. Slomsky |
| FOLEY & MANSFIELD, PLLP and KEITH M. AMEELE, | ) |
| Defendants. | ) |

## WAIVER OF THE SERVICE OF SUMMONS

**TO:**   Anthony J. DiMarino, III, Esq.
One Commerce Square, Suite 1930
2005 Market St
Philadelphia, PA 19103

I have received your request to waive service of a summons in this action along with a copy of the complaint. On behalf of Foley & Mansfield, PLLP and Keith M. Ameele, whom I represent, I agree to save the expense of serving a summons and complaint in this case.

I understand that Foley & Mansfield, PLLP and Keith M. Ameele will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service only.

I also understand that Foley & Mansfield, PLLP and Keith M. Ameele must file and serve an answer or a motion under Rule 12 within 60 days from June 9, 2011, which is August 8, 2011. If Foley & Mansfield, PLLP and/or Keith M. Ameele fail to do so, a default judgment will be entered against either party who fails to file their answer or a motion under Rule 12 within the time prescribed.

Foley & Mansfield, PLLP
130 East Nine Mile Road
Ferndale, MI 48220

*[signature: Howard I. Wallach]*
**Howard I. Wallach** (P29921)
**Scott S. Holmes** (P66580)
Attorney for Foley & Mansfield, PLLP
and Keith M. Ameele
130 East Nine Mile Road
Ferndale, MI 48220
(248) 721-4200

Dated: June 9, 2011

Foley & Mansfield, PLLP
130 East Nine Mile Road
Ferndale, MI 48220